No. 67855.—United China Company v. United States, protest 61/2307 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of glass balls commercially known as bubble glass, produced otherwise than by automatic machine, not cut or engraved, valued at less than $1 each, and that they are not Christmas tree ornaments, the claim of the plaintiff was sustained.